UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| YUNAIMA RODRIGUEZ, | : | |
| Plaintiff, | : | Civil Action No. 11-1686 (KSH) |
| v. | : | |
| REGIONS BANK, ET AL., | : | REPORT & RECOMMENDATION |
| Defendants. | : | |

This matter having come before the Court by way of the renewed motion of defendant Walter Jeykumar filed July 11, 2011 to dismiss the Complaint for lack of personal jurisdiction;

and the Court having considered the submissions, the record of proceedings, and the governing law;

and the plaintiff having been given an opportunity to conduct jurisdictional discovery;

and the plaintiff having filed no opposition to the renewed motion;

and for the reasons set forth in the Opinion delivered on the record on August 23, 2011;

and for good cause shown,

IT IS ON THIS 23rd day of August, 2011

RECOMMENDED that the renewed motion of defendant Walter Jeykumar filed July 11, 2011 to dismiss the Complaint for lack of personal jurisdiction [ECF No. 25] be granted.  The parties have fourteen (14) days from receipt of this Report & Recommendation to file and serve objections.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**