**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

YUNAIMA RODRIGUEZ,

                    *Plaintiff,*

v.

REGIONS BANK, ET. AL.,

                    *Defendants.*

Civil Action No. 11-1686 (KSH)

**ORDER**

**KATHARINE S. HAYDEN, U.S.D.J.**

This matter having come before the Court by way of Magistrate Judge Patty Shwartz's Report and Recommendation [D.E. 26] that the Court dismiss the Plaintiff's Complaint against defendant Walter Jeykumar for lack of personal jurisdiction; and the parties having had 14 days to object to the Report and Recommendation pursuant to L. Civ. R. 72.1(c)(2); and none of the parties having filed an objection; good cause appearing,

It is on this 20th day of September, 2011,

**ORDERED** that the Report and Recommendation [D.E. 26] is **accepted**, and it is further

**ORDERED** that, for the reasons stated in the Report and Recommendation, Plaintiff's Complaint is **dismissed as to defendant Walter Jeykumar**.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.

1